62,847-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

7

Rev. 01/14/14